No. 451. ROSENBERG *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted limited to question I presented by the petition for the writ which reads as follows:

"I. Is the rule of this Court in *Jencks* v. *United States,* 1957, 353 U. S. 657, a rule of mere procedure, or does it involve a defendant's constitutional rights? May a clear violation of this rule be harmless error? May the conceded error of a trial court in withholding from defense counsel prior statements of principal Government witnesses be excused because a Circuit Court finds that the defense was not hampered in cross-examination of those witnesses? Is it proper for a Circuit Court to determine what use defense counsel might have made of statements erroneously withheld?"

*Bernard Tompkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.